IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **EMILIO LIRA** | § § § | |
| VS | § § § § | Civil Action No. 5:16-CV-1028-DAE |
| **EDWARD JONES INVESTMENTS A/K/A EDWARD D. JONES & CO. L.P.** | § § | |

### MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES PONCIO LAW OFFICES, a Professional Corporation., Movant herein, and files this Motion to Withdraw as Counsel of Record for the Plaintiff, EMILIO LIRA, in the above entitled and numbered cause and in support thereof, would show the Court the following:

1. This case is not yet set for trial.

2. Movant would show the Court that a conflict has arisen between Plaintiff and Movant regarding advice and recommendations by the attorneys. As a result Plaintiff desires to seek other counsel. For these reasons, Movant respectfully requests this Court for leave to withdraw as counsel of record for Plaintiff. Movant requests that this matter be abated for 90 days so Plaintiff may seek other counsel.

3. Movant would further show the Court that counsel has informed Plaintiff of his intent to withdraw.

4. Movant has discussed this motion with Plaintiff and he has indicated that he is not opposed.

5. WHEREFORE, PREMISES CONSIDERED, Movant prays that, counsel be allowed to withdraw as the attorney of record for the Plaintiff in the above entitled and numbered cause, and

for such other and further relief to which Movant may show itself justly entitled at law or in equity.

        **Respectfully submitted,**

        **PONCIO LAW OFFICES**
        A Professional Corporation
        5410 Fredericksburg Rd., Suite 109
        San Antonio, Texas 78229-3550
        Telephone:    (210) 212-7979
        Facsimile:    (210) 212-5880

        **By:** /s/ *Alan Braun*
            **ADAM PONCIO**
            State Bar No. 16109800
            **THOMAS N. CAMMACK, II**
            State Bar No. 24073762
            **ALAN BRAUN**
            State Bar No. 24054488

**CERTIFICATE OF CONFERENCE**

On, April 11, 2018, I discussed this motion with counsel for Defendant and they indicated they were opposed to this motion.

    /s/*Alan Braun*
Alan Braun, Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2018, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the counsel of record in this case for each party.

    /s/*Alan Braun*
Alan Braun